FILED IN
COURT OF CRIMINAL APPEALS

March 10, 2015

ABEL ACOSTA, CLERK

PD-0260-15

PD-0260-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 3/9/2015 9:28:25 PM
Accepted 3/10/2015 10:49:07 AM
ABEL ACOSTA
CLERK

NOS. _____

| | | |
|---|---|---|
| DAMIAN ELDER | * | IN THE COURT OF CRIMINAL |
| V. | * | APPEALS OF TEXAS |
| THE STATE OF TEXAS | * | AT AUSTIN, TEXAS |

_____

ON PETITION FOR DISCRETIONARY REVIEW IN CAUSE
NO. 05-13-01111-CR FROM
THE COURT OF APPEALS FOR THE FIFTH DISTRICT
AT DALLAS, TEXAS

_____

**MOTION TO EXTEND THE TIME FOR FILING THE
APPELLANT'S PETITION FOR DISCRETIONARY REVIEW**

TO THE HONORABLE JUDGES OF SAID COURT:

COMES NOW the Appellant, by and through his attorney of record, Jeff P. Buchwald, and respectfully requests that the time for the filing of the Appellant's petition for discretionary review in the above-styled and numbered cause be extended. In support of this motion the appellant would show the court the following:

I.

In Cause Nos. F-12-53551 (Dallas County), the appellant was indicted for Aggravated Robbery/DW/2nd in violation of section 29.03 of the Texas

1

Penal Code. The Appellant plead not guilty and a jury trial was held on July 10, 2013. The jury found the Appellant guilty of the lessor included offense of Aggravated Assault/DW on July 12, 2013. The Appellant elected to have the trial court assess punishment. On July 12, 2013 the trial court assessed punishment at 40 years. A motion for new trial and notice of appeal was filed and/or perfected on August 7, 2013. An amended motion for new trial was filed on August 16, 2013. A hearing on Appellant's motion for new trial was held and the motion was denied as to all grounds by the trial court on September 13, 2013. The trial court's certification of defendant's right to appeal was signed by the trial court on August 7, 2013.

## II.

The Court of Appeals for the Fifth District at Dallas, Texas on February 11, 2015 affirmed the trial court's judgment in F12-53551-K and overruled Appellant's four points of error.

## III.

The present deadline for filing of the appellant's Petition for Discretionary Review is March 13, 2015. Appellant respectfully requests an extension of time, pursuant to Texas Rule of Appellate Procedure 68.2(c), of 60 days from the current deadline - until May 12, 2015 in which to file his

2

Petition.

IV.

No previous extension of time has been granted.

V.

The appellant would show the Court that a reasonable explanation exists for the requested extension. The facts on which the appellant relies to reasonably explain the need for the extension are as follows:

The appellant has not had sufficient time to come up with the funds to hire an attorney or to file said petition pro se and therefore needs the additional time to file his Petition for Discretionary Review. Appellant respectfully requests an additional 60 days from the current due date within which to file said Petition for Discretionary Review.

WHEREFORE PREMISES CONSIDERED, the Appellant respectfully requests that the time for the filing of the appellant's Petition for Discretionary Review be extended to May 12, 2015.

Respectfully submitted,


/S/ Jeff P. Buchwald
Jeff P. Buchwald
Attorney at Law
State Bar No. 03293300
305Spring Creek Village #538
Dallas, Texas 75248
Buchwald7@msn.com
(972) 788-5016


## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this motion was sent by certified mail, return receipt requested, to the State Prosecuting Attorney, P.O. Box 12405 Austin, Texas 78711 and hand delivered to Susan Hawk, Criminal District Attorney of Dallas County, Texas 133 N. Industrial Boulevard, LB-19 Dallas, Texas 75207-4399 on the 10th day of March, 2015.


/S/ Jeff P. Buchwald
Jeff P. Buchwald